# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

No. 25-30633
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRIAN O. KNIGHT,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:25-CR-14-1

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Brian O. Knight challenges the substantive reasonableness of the 15-month sentence imposed following his guilty plea conviction for possession of a firearm by a convicted felon. He first argues that the district court gave significant weight to an improper factor, his need for rehabilitation, in violation of *Tapia v. United States*, 564 U.S. 319, 332-34 (2011). Because he

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

did not raise this specific argument in the district court, we review it for plain error. *See United States v. Zarco-Beiza*, 24 F.4th 477, 481-82 (5th Cir. 2022). The court's statements regarding rehabilitation and Knight's alcohol abuse, viewed in context, did not clearly or obviously violate *Tapia*. Thus, Knight has not demonstrated reversible plain error. *See Puckett v. United States*, 556 U.S. 129, 135 (2009).

Knight also contends the district court failed to give sufficient weight to his post-incarceration rehabilitation and gave too much weight to his dangerousness based on unrelated charges. The district court thoroughly considered Knight's history and his arguments for a lesser sentence but concluded that a within-guidelines sentence was appropriate in light of the 18 U.S.C. § 3553(a) factors. Knight fails to show any abuse of discretion. *See United States v. Castillo-Rubio*, 34 F.4th 404, 411 (5th Cir. 2022).

AFFIRMED.